# ELECTRONIC RECORD

COA # 01-13-00769-CR          OFFENSE: 19.03 (Capital Murder)

STYLE: Mona Yvette Nelson v. The State of Texas          COUNTY: Harris

COA DISPOSITION:          AFFIRM          TRIAL COURT: 182nd District Court

DATE: 03/10/2015          Publish: YES  TC CASE #: 1394964

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Mona Yvette Nelson v. The State of Texas          CCA #: 390-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 09/16/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam · JOHNSON WOULD GRANT PUBLISH: _____          DNP: _____

Newell Not PARTICIPATING

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**